SAMUEL ZINMAN, as Administrator of the Estate of EDITH NEWMAN, Deceased, Respondent, v. MAURICE NEWMAN, Appellant, et al., Defendants.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GLADYS SCHOENFELD, Appellant, v. THOMAS E. MURRAY, as Receiver of Interborough Rapid Transit Company, et al, Respondents.—

(See *Barbasote* v. *Murray*, 256 App. Div. 972; affd., 282 N. Y. 580; *Murray* v. *Murray*, 264 App. Div. 134.) Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. ·

NATIONAL SURETY CORPORATION, Respondent, v. OTTO E. HERING et al., Appellants, et al., Defendant.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

TIDEWATER INVESTING CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

J. E. MAUTNER CONSTRUCTION CORPORATION, Respondent, v. MYLES McDONOUGH, Appellant, and DANIEL ELKIND, Doing Business as ELCO ROOFING WORKS, et al., Respondents.—

No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and· Callahan, JJ.

JOHN F. FINERTY, Appellant, v. DAVID SIEGAL, as President of Hotel & Restaurant Workers Union No. 16, Respondent.— No opinion. Present —Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting in the Estate of EDWARD· W. HELLWIG, Deceased. FLORENCE D. HELLWIG, Respondent. CATHARINE OSTERSTOCK, Executrix of EDWARD W. HELLWIG, Deceased, Appellant No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [178 Misc. 510.]

GUSSIE OST, Appellant, v. ISRAEL LODGE No. 51, INDEPENDENT ORDER BRITH ABRAHAM OF THE UNITED STATES OF AMERICA, Respondent, et al., Defendant.— ·No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MORRIS CURTIS, on Behalf of Himself and Other Stockholders Similarly Situated of STRICH & ZEIDLER, INC., and also as a Director of Said STRICH & ZEIDLER, INC., Appellant, v. SAMUEL L. CURTIS et al., Respondents.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.